IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

WAL-MART STORES, INC.                                                     PLAINTIFF

vs.                           CASE NO. 10-cv-05152

OMAHA PAPER STOCK                                                        DEFENDANT
COMPANY, INC.

## CONSENT JUDGMENT

Based upon the agreement of Plaintiff, Wal-Mart Stores, Inc. ("Wal-Mart"), and Defendant, Omaha Paper Stock Company, Inc. ("Omaha"), and for good cause shown, the Court, being well and sufficiently advised, hereby finds and rules as follows:

1. The Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332, and *in personam* jurisdiction over the parties. Venue also is proper in this Court.

2. Judgment should be and is hereby entered on all of Wal-Mart's claims against Omaha in the amount of $4,721,639.54, plus reasonable attorneys fees of $14,944.50, costs of $203.48, and pre-judgment interest at the rate of six (6%) percent per annum from February 1, 2007 until the date of entry of this Judgment. The total Judgment shall accrue post-judgment interest at the maximum allowable rate by law until paid in full.

3. Omaha waives all rights of appeal from this Consent Judgment.

IT IS SO ORDERED.

_____
HONORABLE ROBERT T. DAWSON
UNITED STATES DISTRICT JUDGE

Dated: 4/5/11